# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATLANTIC RICHFIELD COMPANY, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-04-1630-R ) |
| KERR-McGEE CORPORATION, a Delaware Corporation, and LARIO OIL & GAS CO., a Delaware Corporation, | ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, KERR-McGEE CORPORATION

Plaintiff, Atlantic Richfield Company, pursuant to Fed. R. Civ. P. 41(a) and LCvR41.1, hereby notifies the Court that its claims against Defendant, Kerr-McGee Corporation have been resolved, with each party agreeing to bear its own attorney's fees and costs. Therefore, Atlantic Richfield Company hereby dismisses its claims against Kerr-McGee as set forth in this action with prejudice to refiling.

Respectfully submitted,

/s/ A. Scott McDaniel
JOYCE, PAUL & McDANIEL, P.C.
A. Scott McDaniel, OBA No. 16436 (smcdaniel@jpm-law.com)
Nicole M. Longwell, OBA No.18771 (nlongwell@jpm-law.com)
Philip D. Hixon, OBA No. 19121 (phixon@jpm-law.com)
1717 S. Boulder Ave. Suite 200
Tulsa, Oklahoma 74119
Office:      (918) 599-0700
Facsimile:   (918) 732-5370
**ATTORNEYS FOR ATLANTIC RICHFIELD COMPANY**